# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISE MORRIS,<br><br>         Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.: 1:13-cv-00189 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME UNTIL OCTOBER 25, 2013 FOR PLAINTIFF TO SERVE A CONFIDENTIAL LETTER BRIEF<br><br>(Doc. 12) |

On September 24, 2013, the parties stipulated for Plaintiff to have an extension of time "by 33 days, to October 28, 2013, for plaintiff to serve [a] letter brief on defendant." (Doc. 12). Notably, the Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), which has not been used by the parties. Beyond this thirty-day extension, requests to modify the Scheduling Order "must be made by written motion and will be granted only for good cause." *Id.* Here, the parties have not provided any information why it is necessary to have an extension beyond the thirty days permitted by stipulation and have not demonstrated good cause.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED IN PART**;

2. Plaintiff **SHALL** serve a confidential letter brief on or before **October 25, 2013**.

IT IS SO ORDERED.

Dated:   **September 24, 2013**           **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

1