UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISE MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:13-cv-00189 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME UNTIL JANUARY 17, 2014 FOR PLAINTIFF TO FILE AN OPENING BRIEF<br><br>(Doc. 16) |

On December 16, 2013, the parties filed a stipulation for Plaintiff Lise Morris to have an extension of thirty file an opening brief. (Doc. 16.) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 5 at 4, emphasis added.) This extension was used by the plaintiff in her previous request for an additional thirty days to prepare and serve a confidential brief. (Docs. 12-13.) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4.) Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

    A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal.

Oct. 9, 2009).  Here, Plaintiff's counsel, Sharon Kelly, asserts a second extension is necessary "[d]ue to a heavy trial workload."  (Doc. 16 at 2.)  Ms. Kelly reports that given her schedule, she "needs additional time to further review the file and prepare the opening brief."  (*Id.*)  Because Defendant does not oppose the request, the Court will grant Plaintiff's request for a further extension of time.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief on or before **January 17, 2014**.

IT IS SO ORDERED.

Dated:   **December 17, 2013**            /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE